# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 31, 2023

## NO. 03-22-00085-CV

**Housing Authority of the City of Austin, Appellant**

**v.**

**Julia Garza, Appellee**

**APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES BAKER, TRIANA AND THEOFANIS
REVERSED AND RENDERED -- OPINION BY JUSTICE TRIANA**

This is an appeal from the order signed by the trial court on February 2, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses the trial court's order and renders judgment that appellee's suit against appellant is dismissed for lack of subject-matter jurisdiction. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.